■ JOSEPH M. QUARTO et al., Appellants, v WESTCHESTER PREMIER THEATRE, INC., et al., Respondents, et al., Defendants. A-1 COMPACTION, INC., Third-Party Plaintiff, v NORTH RIVER INSURANCE COMPANY et al., Third-Party Defendants-Respondents. (And Another Third-Party Action.)—In an action *inter alia* for a declaratory judgment, plaintiffs appeal from an order of the Supreme Court, Westchester County, entered July 10, 1975, which, *inter alia,* granted the motions of various parties to strike interrogatories. Order reversed, without costs or disbursements; respondents' motions denied, the interrogatories are reinstated, and respondents are directed to comply with plaintiffs' notice to produce. The time to answer the interrogatories and to comply with the notice to produce is extended until 30 days after entry of the order to be made hereon. Under the circumstances of this case, and the conceded impecuniousness of plaintiffs, there was no warrant for Special Term to make the protective order under review striking their interrogatories, since they were designed as an expense-saving procedure. Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Hawkins, JJ., concur.

■ SUSAN B. ROSENBERG, Respondent, v L. RICHARD ROSENBERG et al., Doing Business as CHELSEA RIDGE ASSOCIATES, Appellants.—In an action upon a wage deduction order, commenced by a summons and motion for summary judgment in lieu of complaint, defendants appeal from (1) an order of the Supreme Court, Dutchess County, dated December 23, 1975, which, *inter alia,* granted the motion and (2) a judgment of the same court, entered thereon on December 29, 1975. Order and judgment affirmed, with one bill of $50 costs and disbursements. We hold that a wage deduction order, issued pursuant to section 49-b of the Personal Property Law in aid of a final judgment, should be deemed "an instrument for the payment of money only", within the purview of CPLR 3213. Hopkins, Acting P. J., Margett, Damiani and Rabin, JJ., concur.

■ ELIZABETH I. SOLTOW, Appellant, v WALTER SOLTOW, Respondent.— In an action to recover upon a separation agreement, plaintiff appeals from an order of the Supreme Court, Suffolk County, entered October 27, 1975, which denied, without prejudice, her motion for partial summary judgment. Order affirmed, without costs or disbursements. There are triable issues of fact. Martuscello, Acting P. J., Latham, Cohalan, Damiani and Titone, JJ., concur.